TRENTON TRUST AND SAFE DEPOSIT COMPANY, respondent,

*v.*

JOSEPH H. MOORE et al., defendants, and ELIZA A. MOORE,
appellant.

[Submitted December 7th, 1914.   Decided March 1st, 1915.]

On appeal from a decree of the court of chancery advised by
Vice-Chancellor Backes, whose opinion is reported in *83 N. J.
Eq. 584.*

*Mr. Linton Satterthwaite,* for Eliza A. Moore, the appellant.

*Messrs. James & Malcolm G. Buchanan,* for the complainant.

*Mr. John T. Temple,* for the defendant Nelson L. Petty,
executor, and others.

*Mr. Scott Scammell,* for the executor of Eckford Moore.

*Messrs. McDermott & Enright,* for Elizabeth Howell and
others.

*Mr. Charles E. Gummere,* for Joseph H. Moore and another.

PER CURIAM.

The decree in this case is affirmed, for the reasons stated in the
opinion of Vice-Chancellor Backes.

*For affirmance*—SWAYZE, TRENCHARD, PARKER, BERGEN,
MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, TERHUNE,
HEPPENHEIMER, WILLIAMS—12.

*For reversal*—None.